

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00391-CR

| | | |
|---|---|---|
| Austin Crawford | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1265884D) |
| v. | § | November 13, 2014 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was clerical error in the trial court's judgment. The judgment is modified to correct clerical error. This court deletes the portion of the judgment that provides, "Murder (Lesser Included Offense of Count One)," and modifies the judgment to provide in its place, "Murder (Count Two)." This court further deletes the portion of the judgment that provides Appellant was convicted pursuant to section "19.02(b)(1) PC" and modifies the judgment to provide, in its place, "19.02(b)(3) PC." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner